**HONORABLE RICARDO H. HINOJOSA, U.S. DISTRICT JUDGE PRESIDING**

Courtroom Deputy Clerk: Alex De La Garza
Electronic Court Recording Operator: Antonio Tijerina
INTERPRETER: *N. Murillo* (used/~~not used~~)
USPO: *Sam Solis*
TIME SET: 9:30   a.m./~~p.m.~~

United States District Court
Southern District of Texas
FILED

NOV 15 2019

David J. Bradley, Clerk

A.M. *11:44*   P.M. *12:12*   *(28 min.)*   DATE: November 15, 2019

CRIMINAL NO. M-14-1386   DEFT. 01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MICHAEL DAY AUSA |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIE CHESTER MITCHELL, II | ) | RICARDO SALINAS RET'D |
| aka Willie Chester Mitchell | | |

## SENTENCING

( )   New Sentencing Guidelines (NSG) case (11-1-14)
( ✓ )   Deft. failed to appear bench warrant to issue (kloc)
( ✓ ) ksen.   Sentencing held (BO= *6+16=22+2=24+2=26-2-1= 23 GhcI*
( ✓ )   Court GRANTS Government's motion for downward departure. *6 RS! 46-57*
( ) kpstr   Deft. withdraws plea of guilty
( ✓ )   SENTENCE: *A.D. 2420 (as to each Counts 1 & 8, to run concurrent to each other)*
Ct. 1 & 8   _____ months custody of the Bureau of Prisons.
   ( ) Court recommends Deft. be placed in an institution where he/she can receive any drug and/or alcohol abuse treatment and or counseling.
   ( ) Court recommends Deft. be placed in an institution close to his/her family.
   ( ) Court recommends this sentence run concurrently / consecutively with sentence in _____
   *2 (as to Count 1 and 1 year as to Count 8, to run concurrent)* years Supervised Release term to commence upon release from confinement
   ( ) without supervision if deported.
   ( ✓ ) A special condition of supervised release is that Deft. pay restitution joint and several in the amount of $2,088,473.67 to Texas Medicaid.

$100.00 Special Assessment imposed on Ct(s): *1 & 8 for a total of $200.00*

( ✓ )   Time to serve.
( ✓ ) kdismcntgv   Cts *remaining* dismissed on Government Motion
( )   REMANDED to custody of U. S. Marshal
( ) kosurr.   Deft. to surrender to U. S. Marshal on _____
( )   Deft. to surrender to designated institution
( ✓ )   Deft. to report to the U.S. Marshal on *December 30, 2019 by 2:00* p.m. to be advised what institute and what date to surrender to.

OTHER PROCEEDINGS   (X) objections filed/urged _____

( ✓ ) Court advised Defendant of his/~~her~~ right to appeal.